IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BROOKS

        Petitioner,

  v.

DAVID LONG,

        Respondent.

No. C 15-05154 EJD (PR)

ORDER OF DISMISSAL

On November 10, 2015, Petitioner, a California inmate proceeding pro se, filed a document entitled "Declaration to Support Extension of Time to File"[1] (Docket No. 1.) On the same day, the Clerk sent Petitioner a notice that he must file a proper petition along with the court's form petition. (Docket No. 4.) Petitioner was advised that failure to file a petition within twenty-eight days would result in dismissal of the action. (Id.)

The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to file a petition.

The Clerk shall terminate any pending motions and close the file.

---

[1] The matter was reassigned to this Court on December 16, 2015, after Petitioner did not file consent to magistrate jurisdiction in the time provided. (See Docket Nos. 5 & 8.)

Order of Dismissal
P:\PRO-SE\EJD\HC.15\05154Brooks_dism-pet.wpd

1  DATED: _____1/19/2016_____    _____
2                                              EDWARD J. DAVILA
                                               United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. BROOKS,

    Plaintiff,

v.

DAVID LONG,

    Defendant.

Case No. 5:15-cv-05154-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/19/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    David A. Brooks ID: AN4774
    C.C.C.F.
    P.O. Box 2610
    California City, CA 93504

Dated: 1/19/2016

    Susan Y. Soong
    Clerk, United States District Court

    *Elizabeth C. Garcia*
    Elizabeth Garcia, Deputy Clerk to the
    Honorable EDWARD J. DAVILA